STATE of Missouri, Respondent,

v.

Oscar BAKER, Appellant.

Oscar BAKER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 61086, 63888.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 12, 1993.

Henry B. Robertson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his jury conviction for illegal possession of heroin and the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm.

The findings of fact of the motion court are not clearly erroneous and no error of law appears. Rule 84.16(b). We find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.